1:20 MJ 9043

STATE OF OHIO )
) SS:
COUNTY OF CUYAHOGA )

**UNITED STATES POSTAL INSPECTION SERVICE**

I, ALBERT CRANOR, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since April of 2005, presently assigned at Cleveland, Ohio to investigate Prohibited Mailing offenses. I have received training in the detection and investigation of prohibited mailing offenses. I have worked U.S. Postal Service related investigations for approximately 14.5 years, during which time I have been the case agent for investigations leading to prosecution in U. S. District Court, as well as state courts.

2. Your Affiant knows based on training and experience that U.S. Mail is often used by narcotic traffickers to transport controlled substances. Your Affiant knows based on training and experience that U.S. Postal Service Priority Mail is commonly used to transport controlled substances because narcotic traffickers can track the parcels, control dispatch times and locations, and have a guarantee of delivery in two to three days.

3. On February 19, 2020, while conducting electronic USPS parcel profiling in Cleveland, Ohio, your Affiant identified U. S. Postal Service Priority Mail parcel bearing tracking no. 9505 5162 0373 0049 4272 40 addressed to Dewy I., 33459 Shelly Ct., Avon Lake, OH 44012 bearing a return address of Tony P., 4525 Hazelnut Ave., Seal Beach, CA 90740 as a suspected drug parcel based on several factors including but not limited to origin, method of mailing, and size.

4. U. S. Postal Service Priority Mail parcel bearing tracking no. 9505 5162 0373 0049 4272 40 addressed to Dewy I., 33459 Shelly Ct., Avon Lake, OH 44012 bearing a return address of Tony P., 4525 Hazelnut Ave., Seal Beach, CA 90740. This parcel is further described as a 8.5 x 5.5 x 1.75 white Priority Mail Small Flat Rate Box, weighing approximately 15 pound 1 ounce. The subject Priority Mail package was mailed on February 18, 2020, from Huntington Beach, CA 92648.

5. The subject parcel did not require a signature for delivery. Signature waivers are commonly used on drug parcels so the intended recipients do not have to have contact with the delivery employee and/or law enforcement should the parcel be seized.

6. Your Affiant made inquiries with Clear, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, and was not able to associate Dewy I., with the address, 33459 Shelly Ct., Avon Lake, OH 44012.

There was also no record of a Tony P. at 4525 Hazelnut Ave., Seal Beach, CA 90740 in Clear.

7. On February 20, 2020, the subject parcel was subjected to "Ciga", a narcotic detection canine handled by Detective Mike Twombly of the Cuyahoga County Sheriff's Department, at the Postal Inspection Service Cleveland Field Office. Ciga gave a positive alert on the subject parcel. According to Detective Twombly, this positive alert meant Ciga detected the odor of an illegal drug emanating from the parcels.

8. Detective Twombly has been State Certified as a Narcotics Canine handler and he and narcotics canine Ciga have worked together since 2013. Detective Twombly and canine Ciga were both certified on November 19, 2019 by the Ohio Peace Officers Training Academy (OPOTA) and on December 10, 2019 with the North American Police Work Dog Association (NAPWDA). Detective Twombly and canine Ciga have both completed 80 hours of a state-certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAAPWDA, a nationally organized police work dog association that provides training for dogs and handlers. During this time, Ciga was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, MDEA (methlyenedioxyethlamphamine), methamphetamine ("crystal meth"), and/or their derivatives. Detective Twombly has been trained how to handle a detector K-9 and read his alerts. According to Detective Twombly, Ciga is a reliable K-9 assist unit.

9. Your Affiant knows based on his training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

10. Your Affiant knows based on his training and experience that California is a common origination area for controlled substances sent through the U.S. Mail with the Northern Ohio area being a common destination point for controlled substances sent through the U.S. Mail.

11. Based on the information contained herein, your Affiant maintains there is probable cause to believe that U. S. Postal Service Priority Mail parcel bearing tracking no. 9505 5162 0373 0049 4272 40 addressed to Dewy I., 33459 Shelly Ct., Avon Lake, OH 44012 bearing a return address of Tony P., 4525 Hazelnut Ave., Seal Beach, CA 90740 contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

_____
ALBERT J. CRANOR
POSTAL INSPECTOR

On February 20, 2020, this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1

WILLIAM H. BAUGHMAN JR.
U. S. MAGISTRATE JUDGE